STATE of Missouri, Respondent,

v.

Lawrence GANTOS, Sr., Appellant.

No. WD 39106.

Missouri Court of Appeals,
Western District.

Feb. 2, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 29, 1988.

Application to Transfer Denied
May 17, 1988.

John Edward Cash, Kansas City, for appellant.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for respondent.

Before COVINGTON, P.J., and SHANGLER and MANFORD, JJ.

### ORDER

PER CURIAM:

Direct appeal from a jury conviction for the offense of promoting prostitution, in violation of § 567.060, RSMo 1986.

Judgment affirmed. Rule 30.25(b).

STATE of Missouri, Respondent.

v.

Anthony L. McREYNOLDS, Appellant.

No. WD 39120.

Missouri Court of Appeals,
Western District.

Feb. 2, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 29, 1988.

Application to Transfer Denied
May 17, 1988.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Elizabeth Levin Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, P.J., and SHANGLER and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal from convictions of murder in the first degree and armed criminal action, and from consecutive sentences of life imprisonment without probation or parole and life imprisonment.

Affirmed. Rule 30.25(b).